```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0235--CV (RRB)
                    "ADRIENNE GREYBROOK V USA"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/30/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury
                   28:2671   SLIP AND FALL
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 09/30/05 receipt # 00126680
          Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    GREYBROOK, ADRIENNE | Michele L. Power<br>Power and Brown LLC<br>POB 1809<br>Bethel, AK 99559<br>907-543-4700<br>FAX 907-543-3777 |
| DEF 1.1    UNITED STATES OF AMERICA | No counsel found for this party! |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0235--CV (RRB)
                              "ADRIENNE GREYBROOK V USA"

                                   For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/30/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury
                  28:2671   SLIP AND FALL
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 09/30/05 receipt # 00126680
         Trial by:


Document #   Filed      Docket text

    1 -  1   09/30/05   Complaint filed; Summons issued.

    2 -  1   11/16/05   PLF 1 Notice of substitution of law firm and cnsl of record   change of
                        address.
```