MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Adrienne Greybrook

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,            )<br>                                )<br>           Plaintiff,           )<br>                                )  Case A05-235CV<br>       vs.                      )  No.  (RRB)<br>                                )<br>UNITED STATES OF AMERICA,       )<br>                                )  MOTION FOR WITHDRAWAL<br>           Defendant.           )  AND SUBSTITUTION<br>_____)  OF COUNSEL | |

    Myron Angstman, of the law firm presently of record for Plaintiff, hereby moves this court for an Order allowing Angstman Law Office to withdraw as counsel for Plaintiff in the above-entitled case and for an Order allowing Michele Power of Power and Brown, LLC to be substituted as counsel in this matter. Power and Brown, LLC, has been retained by Plaintiff and is ready to act as counsel for her.

    DATED this ___ day of December, 2005, at Bethel, Alaska.

By:_____
Myron Angstman, ABA #7410057
ANGSTMAN LAW OFFICE

DATED this 20th day of December, 2005, at Bethel, Alaska.

By: _____
Michele Power, ABA #9510047
POWER AND BROWN, LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of December, 2005, a true and accurate copy of the foregoing document was mailed to:

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, C-253
Anchorage, Alaska 99513-7567

and placed in the Bethel Court mail box of:

Angstman Law Office

By: _____