LODGED
DEC 28 2005

FILED
DEC 28 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ADRIENNE GREYBROOK, )
 )
Plaintiff, )
 )  Case A05-235CV
vs. )  No. (RRB)
 )
UNITED STATES OF AMERICA, )  ORDER
 )  MOTION FOR WITHDRAWAL
Defendant. )  AND SUBSTITUTION
 )  OF COUNSEL

IT IS HEREBY ORDERED that Angstman Law Office is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

IT IS FURTHER ORDERED that Sean Brown of Power and Brown, LLC, is substituted as counsel for Plaintiff.

DATED this 28 day of December, 2005, at Bethel, Alaska.

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

A05-0235--CV (RRB)
-----------------------------------
S. LINDQUIST (US-ATTY)
M. POWER /Brown
12/28/05