MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Adrienne Greybrook

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ADRIENNE GREYBROOK, Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | Case No. A05-235 CV (RRB) |
|---|---|

### AFFIDAVIT OF SERVICE

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

In accordance with Federal Rules of Civil Procedure 4(m), plaintiff certifies the following information regarding service of process:

1. The defendant, United States of America has been served. Service of Process was effected as follows:

   a. By certified mail, return receipt requested on Timothy Burgess, Former U.S. Attorney, District of Alaska on October 13, 2005. Attached as Exhibit 1 is a copy of the return

- 1 -

receipt.

      b.    By certified mail, return receipt requested on Alberto Gonzales, U.S. Attorney General, on October 19, 2005. Attached as Exhibit 2 is a record of service provided by the U.S. Attorney's Office, District of Alaska.

END OF AFFIDAVIT.

DATED this 20 day of June, 2006, at Bethel, Alaska.

_____
Michele L. Power

SUBSCRIBED AND SWORN TO before me this 20 day of June, 2006, at Bethel, Alaska.



Notary Public in and for Alaska
My Commission Expires: 7/28/09

CERTIFICATE OF SERVICE

This is to certify that on the 20 day of
June, 2006 a copy of this document was
served electronically on the person(s) listed below:

Susan Lindquist
susan.lindquist@usdoj.gov

By: _____
Sarah Dronenburg

-2-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): JLilo    C. Date of Delivery: 10/13/05 |
| 1. Article Addressed to:<br><br>Timothy Burgess<br>U.S. Attorney, District of Alaska<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, AK<br>99513-7567 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 1000 0004 8871 0891 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT 1**

| | | | | |
|---|---|---|---|---|
| Has this case been filed? | Yes | | Start Date: | 10/21/2005 |
| Government Role: | D | Defensive | Judicial District: AK | Alaska |
| Branch: | T | Torts Branch | Section: TFT | Torts-FTCA |
| Handling: | D | Delegated | Primary Case Type: T0405 | S&F-Slip & Fall |
| Related DJ Number: | | | Relationship: | |
| Correspondence Date: | | | Suit Authorized Date: | |
| Disposition: | 327 | Delegated to US Attorney | Disposition Date: | 11/08/2005 |

FILED CASES ONLY

| | | | | |
|---|---|---|---|---|
| Court: | 002 | District Court | Filing Date: | 09/30/2005 |
| Docket Number: | A05-235RRB | | US Attorney Served Date: | 10/13/2005 |
| AG Served Date: | 10/19/2005 | | What was AG Served? 001 | Summons & Complaint |
| How was AG Served? | CM | Certified Mail | Mail Reg/Cert No: | 70021000000488710907 |

Created: 10/21/2005   MFULLER          Updated: 11/08/2005   SMUNSON

**EXHIBIT 2**