MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Adrienne Greybrook

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,            )<br>                                                          )<br>           Plaintiff,                      )<br>                                                          )<br>    vs.                                          )<br>                                                          )<br>UNITED STATES OF AMERICA, )<br>                                                          )<br>           Defendant.                  )<br>_____ ) | Case No. A05-235CV (RRB)<br><br>PLAINTIFF'S FINAL<br>WITNESS LIST |

Plaintiff, through counsel, Power and Brown, LLC, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1(c), submits her final witness list.

    1.    Adrienne Greybrook
           c/o Power and Brown, LLC
           P.O. Box 1809
           Bethel, Alaska 99559
           907-543-4700

           Ms. Greybrook is expected to testify regarding damages and liability.

2.     LucyAnn Kendall (FKA Biederbeck)
6007 Buena Vista Dr.
Vancouver, WA 98661
360-693-1374

Ms. Kendall is expected to testify regarding damages.

3.     Joel Justus
1610 S.E. Hillvale Lane
Toledo, OR 97391
541-336-1409

Mr. Justus is expected to testify regarding damages.

4.     Mary Justus
1610 S.E. Hillvale Lane
Toledo, OR 97391
541-336-1409

Ms. Justus is expected to testify regarding damages.

5.     Randy DuBois Terre
P.O. Box 564
Hayward, CA 94543
925-785-7554

Mr. Terre is expected to testify regarding damages.

6.     Margery Greybrook
6007 Buena Vista Dr.
Vancouver, WA 98661
360-693-1374

Ms. Greybrook is expected to testify regarding damages.

7.     Mellanie Golec
5314 N.E. 75th Avenue
Portland, Oregon 97218
(503) 257-2662

Ms. Golec is expected to testify regarding damages.

8.  Vladimir B. Fiks, MD.  [Expert Witness]
    Advanced Pain Management Center, PC
    10305 S.W. Park Way #300
    Portland, OR  97225
    (503) 295-0730

    Dr. Fiks, Plaintiff's expert, is expected to testify consistent with his report in this matter.

9.  All treating physicians

10. Any witness necessary to authenticate a document or exhibit.

11. Any witness listed by any other party.

12. Any necessary rebuttal witness.

13. Any witness deposed.

14. Any witness deemed necessary as a result of further discovery.  These witnesses will be identified as soon as they are selected.

DATED this ____ day of October, 2006, at Bethel, Alaska.

>s/ Michele L. Power
>Power and Brown, LLC
>P.O. Box 1809
>Bethel, Alaska 99559
>Phone: (907) 543-4700
>Fax: (907) 543-3777
>E-mail: admin@powerbrown.com
>Bar No. 9510047

CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of October, 2006,
copy of the foregoing document was served electronically on:

Susan Lindquist
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567

s/ Katherine Guinn