NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3-05-cv-235-RRB<br><br>**UNITED STATES' NON OPPOSED MOTION TO EXTEND DEADLINES** |

The United States of America, through counsel, moves non-opposed for a two month extension of time on the deadlines remaining in this case.  This is the parties' first request for an extension of time.  Additional time is needed to discuss settlement and take depositions for trial.  The parties agree that the new deadlines for litigation should be:

| | |
|---|---|
| November 30, 2006 | Final Revised Witness List |
| December 15, 2006 | Expert Disclosure |
| January 3, 2007 | Discovery closes |
| February 2, 2007 | Motions: dispositive, under the discovery rules and in limine |

Respectfully submitted, on November 3, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, Ak 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006,
a copy of the foregoing **UNITED STATES' NON OPPOSED MOTION TO EXTEND DEADLINES**
was served electronically on

Michelle Power
Power & Brown, LLC
PO Box 1809
Bethel, AK 99559

s/   S Lindquist
Office of the U.S. Attorney