IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ADRIENNE GREYBROOK,

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 3:05-cv-00235-RRB


**[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME FOR DISCOVERY**

The Defendant's Unopposed Motion for Extension of Time to continue

discovery is hereby GRANTED. The following deadlines are now in effect.

| | |
|---|---|
| November 30, 2006 | Final Revised Witness List |
| December 15, 2006 | Expert Disclosure |
| January 3, 2007 | Discovery closes |
| February 2, 2007 | Motions: dispositive, under the discovery rules and in limine |


_____          _____

    (DATE)                        RALPH R. BEISTLINE
                                       United States District Court Judge