IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00235-RRB<br><br>[~~PROPOSED~~] ORDER GRANTING AN EXTENSION OF TIME FOR DISCOVERY |

The Defendant's Unopposed Motion for Extension of Time to continue discovery is hereby GRANTED. The following deadlines are now in effect.

| | |
|---|---|
| November 30, 2006 | Final Revised Witness List |
| December 15, 2006 | Expert Disclosure |
| January 3, 2007 | Discovery closes |
| February 2, 2007 | Motions: dispositive, under the discovery rules and in limine |

11/3/06
(DATE)

S/RRB
RALPH R. BEISTLINE
United States District Court Judge