NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 3:05-cv-235-RRB<br><br>**UNITED STATES' AMENDED FINAL WITNESS LIST** |

  The government presents its witness list.

  1. Macario Corpuz, M.D.
    Maniilaq Health Center (MHC)
    P.O. Box 1459
    Kotzebue, Alaska 99752
    (907) 442-7662

  Initially examined Ms. Greybook after the event.

2. Robert "Bob" Leonard
   Former Maniilaq employee
   Owner: Lakeview Hotel
   1291 Old Lebanon Rd.
   Campbellsville KY 42718
   (270) 465-8139.

   He was the Facilities Manager in 2003, in charge of the snow removal from parking lots using a bobcat and snowplow..

3. Jimmie Rogers
   MHC: Director of Safety & Support.
   (907) 442-7170.

   His Department was responsible for clearing snow from different areas of the MHC and is the custodian of the maintenance logs. He will attest to the number of times snow removal was done in the winter of 2002-03 and can discuss policy

4. Staff of the Safety and Support Dept.
   The following employees may have been on duty on the day of the event. They will also testify about their duties to remove snow and that ice melt is available for their use. They also have information about the area in which Ms. Greybrook fell.

   A.   Milton Savok
   C.   Walter Banks
   D.   Bobby Richards
   E.   Dickie Moto

5. John Lapkass, M.D.  (Former ANMC orthopedist)
   Providence Anchorge Fracture and Orthopedic Clinic
   3260 Providence Dr. Ste 200
   Anchorage, Ak  99508
   (907) 563-3145

   Post event orthopedic surgeon who provided care.

6. Name and identifying information not yet available.
   State of Alaska Worker's Compensation
   Juneau, Alaska

   Person who may have knowledge surrounding event.

7. Jackie Davis
   Account Manager
   On Assignment Healthcare Financial Staffing (OAHFS)
   Kotzebue, AK

   Person that may have knowledge of plaintiff's employment and financial input of event.

8. Barbara Helm
   MHC
   Kotzebue, AK

   Person that may have knowledge of plaintiff's employment and financial input of event.

9. Gerty Gallahorn
   Maniilaq Health Center
   Human Resources

   She has knowledge of plaintiff's employment at OAHFS.

10. Lucy Ann Biederbeck
    OAHFS

    Personal friend with knowledge of event(s) surrounding incident.

11. Thomas P. Vasileff, M.D.
    Anchorge Fracture and Orthopedic Clinic, Ste 200
    3260 Providence Drive
    Anchorage, AK
    (907) 563-3145

       Post event orthopedic surgeon who provided care and may have knowledge re Alaska Workers' Compensation Board.

12.   Stephen R. Southerland, M.D.
      Rebound Orthopedics
      Vancouver, WA

      Post event orthopedic surgeon who provided care.

13.   Matthew J. Gambee, M.D.
      Rebound Orthopedics
      Vancouver, WA

      Post event orthopedic surgeon who provided care.

14.   Tariq Doorani, M.D.
      Vancouver Neurologists
      Vancouver, WA

      Post event neurologist who provided care.

15.   Marcus Weiner, D.O.

      Post event doctor of osteopathy who provided care.

16.   Sherri Hoff, MPH
      Southwest Washington Medical Center (SWMC)
      Vancouver, WA

      Provided post event treatment.

17.   Barbara S. Mallett, M.D.
      Intervention Pain Management Clinic
      Southwest Washington Medical Center (SWMC)
      Vancouver, WA

      Post event evaluation.

18.  Adrienne Greybrook
     c/o Michele Power

19.  Edward Grossenbacher, M.D. Orthopedist **Expert**
     9350 NW Skyline Boulevard
     Portland, OR 97231

He will do an independent medical exam and determine Ms. Greybrook's medical injuries.  He will also rebut Ms. Greybrook's expert's report

20   Jim Hunter   **Expert**
     National Weather Service
     222 W. 7th Ave. 5th floor
     Anchorage, AK

He wrote an expert report about the weather and will testify in accordance with that.

21.  Holly Taylor
     Maniilaq Association
     Accounting

She will testify that she made the notation of 5/21 o the ice melt order documents.  On that day, she telephoned Clement to inquire if the Housing Program received the order which was placed on 2/20, and Clement confirmed that they had received the order, so she noted that on 5/21 she made the call to Clement.

22.  Clement Richards
     Maniilaq Association
     Maintenance
     (907)442-7960

He will testify that he ordered ice melt for Maniilaq Corp.  The Housing and Hospital divisions share the ice melt.  He will testify that an order was approved on February 21, 2003 for 30 boxes of 50 lbs. each for ice melt.

3:05-cv-235-RRB

5

23. Any medical care providers.

24. Anyone on Plaintiff's witness list, except retained experts.

25. Any custodian of the documents.

26. Any rebuttal witnesses.

Respectfully submitted, on December 6, 2006.

                                NELSON P. COHEN
                                United States Attorney

                                s/ Susan J. Lindquist
                                Assistant U.S. Attorney
                                222 West 7th Ave., #9, Rm. 253
                                Anchorage, Ak 99513-7567
                                Phone: (907) 271-3378
                                Fax: (907) 271-2344
                                E-mail: susan.lindquist@usdoj.gov
                                AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006,
a copy of the foregoing **UNITED STATES'
FINAL WITNESS LIST**
was served electronically on

Michelle Power
Power & Brown, LLC
PO Box 1809
Bethel, AK 99559
admin@powerbrown.com

s/ Susan J. Lindquist
Assistant U.S. Attorney
Office of the U.S. Attorney