NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | ) Case No. 3:05-cv-00235-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) **STIPULATION TO DISMISS**<br>) **CASE WITH PREJUDICE**<br>) |

　　　The parties, through counsel, stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii).  The parties are to bear their own costs and fees.

RESPECTFULLY SUBMITTED June 1, 2007, in Anchorage, Alaska.

s/Michele Brown
Power & Brown LLC


NELSON P. COHEN
United States Attorney

s/Susan Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053


**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007,
a copy of the foregoing **STIPULATION
TO DISMISS CASE WITH PREJUDICE**
was served electronically on Michele Power.

s/ Susan J. Lindquist