IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | ) Case No. 3:05-cv-00235-RRB<br>)<br>)<br>)<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER TO DISMISS WITH**<br>) **PREJUDICE** |

Based upon the government's stipulation to dismiss the case with prejudice, it is so ordered. The case is DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and fees.

_____  _____
      (DATE)        Robert R. Beistline
      United States District Court Judge