IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ADRIENNE GREYBROOK, | ) Case No. 3:05-cv-00235-RRB |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) [~~PROPOSED~~] |
| | ) **ORDER TO DISMISS WITH** |
| Defendant. | ) **PREJUDICE** |

Based upon the government's stipulation to dismiss the case with prejudice, it is so ordered. The case is DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and fees.

_6/4/07_
(DATE)

_S/RRB_
RALPH ~~Robert~~ R. Beistline
United States District Court Judge